# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ACCORD INDUSTRIES, LLC,**

     **Plaintiff(s),**

**v.**                          **CASE NO:  8:10-CV-1647-T-30TGW**

**VALMONT NEWMARK, INC.,**

     **Defendant(s).**
_____/

## <u>ORDER OF DISMISSAL</u>

     Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #39).  Upon review and consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1.     This cause is dismissed with prejudice, each party to bear its own attorney's fees and costs.

     2.     All pending motions are denied as moot.

     3.     The Clerk is directed to close this case.

     **DONE and ORDERED** in Tampa, Florida on October 5, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2010\10-cv-1647 dismiss 39.docx